UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PATRICK CRAIG HARRISON,

    Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

(Possession of Child Pornography)

On or about April 26, 2023, in Kent County, in the Southern Division of the Western District of Michigan,

**PATRICK CRAIG HARRISON**

knowingly possessed computer disks and material that contained images of child pornography depicting prepubescent minors that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

18 U.S.C. § 2252A(a)(5)(B), (b)(2)
18 U.S.C. § 2256

## FORFEITURE ALLEGATION
### (Possession of Child Pornography)

The allegations contained in the Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 2253(a).

Pursuant to 18 U.S.C. § 2253(a), upon conviction of an offense in violation of 18 U.S.C. § 2252A(a)(5)(B) set forth in the Indictment, the defendant,

**PATRICK CRAIG HARRISON,**

shall forfeit to the United States of America, any visual depiction described in 18 U.S.C. § 2252A; any matter which contains any such visual depiction that was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of the offense and any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

1. PERSONAL PROPERTY:
    a. a Hewlett Packard laptop, Model 17-by1022cl, serial number 5CG0113KH5;
    b. a blue thumbdrive, with a silver "Michigan" and "M" printed on it with a cap; and
    c. a Kingston DT101 G2, 16GB thumbdrive.

2. SUBSTITUTE ASSETS: If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 2253(b).

18 U.S.C. § 2253(a), (b)
21 U.S.C. § 853(p)
18 U.S.C. § 2252A(a)(5)(B)
18 U.S.C. § 2256

A TRUE BILL

[ /s/ Redacted ]
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
DAVIN M. REUST
Assistant United States Attorney